1  Andre Carpiaux  in Pro per
2  1264  Ocean  Av.
3  Emeryville, Ca. 94608
4  Tel.  510  292 9807

5  Andre' CARPIAUX

6  P L A I N T I F F

7    V s

8  Nora  DAVIS  as  MAYOR

9  Ruth  ATKIN, Dick  KASSIS

10  Ken  BUKOWSKY

11  D E F E N D A N T

FILED

2007 JUN 13  PM 1: 36

UNITED STATES  DISTRICT  COURT

NORTHERN  CALIFORNIA

OAKLAND  CALIFORNIA

CASE #  C - 06 - 3 4 9 3  C W

MOTION  FOR  RULING  FOR A

THIRD  CAUSE  OF  ACTION

12  Plaintiff CARPIAUX  seeks a RULING. CITY'S Micheal GUINA and Carol VICTOR

13  requested my agreement to have City Inspectors do an updated inspection of my house

14  acknowledging that work in progress encompass in itself  violations. Plaintiff  made an

15  objection on grounds  "WORK in PROGRESS" (not finished) are always in violation to

16  my property to fish for fresh violations, while  the owner occupy work on his own home

17  and an inspection by  City employee on City payroll by the same suing City constitute a

18  blatant conflict of  interest.  The  City Inspectors  would find violation and or exaggerate

19  existing one to please the politically motivated  Defendant City to win their suit. Judge H.

20  Wheatley recognized that "catch 22" induced bias by the City and sustained my objection

21  based on  unacceptable  conflict of interest.  Judge  Wheatley  imposed as a condition to

22  the start of the trial  that the  Court would appoint a Certified  Building Inspector  to do

*1.*

1. the requested inspection of the property. At the beginning of the proceeding, before the

2. trial started, the question of the "WARRANT" validity came as a deciding factor for the

3. trial to go ahead in the very first place. This is what's on the record "transcript" about the

4. validity of the Warrant to fish for fresh code violations. Judge H. Wheatley first order of

5. the Court was to rule on the validity of the Warrant and he SAID; HE would take it for

6. granted, HE would not questions or investigates the decision of a fellow Judge and "if" he

7. should he ever sign a warrant himself, would expect other Judges to do the same. In taking

8. and accepting a bogus Warrant as valid Judge H. Wheatley let building up the trial based

9. on unlawful evidences. This was the first test proof of dishonest City staff Attorneys who

10. rejoiced to have their day anyway in TRIAL Court. The warrant was based on a "stale"

11. inspection, one that was more than nine years old. The City was really digging for dirt in

12. its endeavor and in its pursuit to the miserable persecution of Carpiaux. It found a City

13. inspection report of a City inspector barging "trespassing" into my house ( because the

14. door was left unlock) in my absence. It was the same City inspector Margaret Elliot who

15. was later dismissed from the City staff after she required a "flower pot's stand" located

16. "BUCCI'S " café to be signed off by a professional structural engineer! The whole trial

17. should have been thrown out including the issue of the "scaffolding". NO one needs to

18. be a law scholar to know that Court is made of Judges as each independent Judiciary and

19. that the Court could ONLY operates with the rules of laws, the "whole book of laws"

20. instead of the rules of men especially the "buddy-buddy" where everything is uncertain

2.

1  and arbitrary like of a despotic Kingdom. This is the fundamental basis for the dismissal

2  of the new trial unless there is a ruling on the bogus warrant. IF, now the Court RULES

3  that a bogus warrant CAN BE lawful under exceptional circumstances prima faces and

4  to justify the continuation and or the starting of a new trial and that the unlawful evidences

5  resuscitate as now realistically lawful, Carpiaux's constitutional rights are being violated.

6  To the writers of the American constitution put freedom above every other consideration.

7  No plea of contemporary crisis must be allowed to abridge our constitutional guaranties of

8  liberty for all men at all the times including the City of Emeryville (West Virginia Board

9  of Education Vs Barnett). Suggested by Richard Franklin himself and taught by the whole

10  record of the eighteenth century was the fact that freedom existing at the discretion of

11  people in power be they Congressmen, Kings, Presidents, City Council members

12  Ministers or Judges is nothing but freedom's shadow. (The Bill of Rights by Irving Brant.)

13  When abatement, beautification (gentrification) needs take precedent over constitutional

14  rights under the 4 th and 14 th Amendments as in my case, then its citizens will surely live

15  in freedom's shadow. When the Warrant was sought "the 24 hrs" as a practical joke taped

16  on my cyclone fence, I rushed to the Oakland Court(s) running around to finally decipher

17  Commissioner Mc Kinley's signature and its whereabouts, every things was close about

18  him. Across the Hall in the registrar office, it was unknown, its manager trying to figure

19  out how come it was not filed, registered, and entered in the system of computers network

20  as an official recorded judicial "Warrant Order". She said that it cannot contested because

3.

1  it is not in the system. In the elevator, an attorney from the District Attorney's office told

2  me that it was not worth an add in a newspaper pointing out ALL the flaws. At about 4,30

3  Pm, I consulted with a private Attorney and he could not find it in the Court computer's

4  system telling me it was worthless "illegal" After 5 P m I went by the City and talked with

5  Attorney M. Biddle pleading him to delay the invasion until Monday and he told me its all

6  in the hands of Guina. The next morning I explained in details all the flaws about the bogus

7  WARRANT asking him to delay the invasion until Monday, HE refused. Then CAPTAIN

8  Neal took charge of the invading party all lined up for the "assault" and he said "its good

9  enough for me" Captain Neal grabbed me in arm lock and kept me his prisoner to prevent

10  me to accompanying the invading party storming the privacy of my home. I was offended

11  when one of the invader told me that my friend Anne sex toys "good vibration" needed a

12  set of batteries. The whole operation left me traumatized. Plaintiff Carpiaux is informed

13  and believes that Defendant City was fully aware and maliciously caused, acted with such

14  conscious and deliberate disregard to the consequences of the raiding action to the right

15  of Plaintiff Carpiaux, that the City's conduct was and is "WANTON"

16  Dated June 13 - 07   Andre' CARPIAUX   *Andre' Carpiaux*

17  Plaintiff   In Pro Per

4.