Andre Carpiaux, Pro se
1264 Ocean Ave.
Emeryville  CA.
   94608-1148
Tel. 510 292 9807
Fax  510 601 1382

FILED

2007 JUL -2 AH 9: 19

CLERK
NORTHERN
COURT

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

Andre CARPIAUX                    CASE#  06-03493  C. W.

  P L A I N T I F F                  PLAINTIFF'S  INITIAL

  V s.                                DISCOVERY  PROPOSALS

Nora DAVIS as MAYOR                        and

Ruth ATKIN, Dick KASSIS              MOTION  TO  RECUSE

Ken  BUKOWSKY                         OPPOSING  COUNSELS

City of EMERYVILLE et al

  OPPOSING COUNSEL

  D E F E N D A N T

Plaintiff Andre' CARPIAUX, a pro se Litigant has

examined Rule 26 FRCP, and read Judge Cl. WILKEN'S 1089

article concerning discovery practices, wishes to make

the Court and Defendants aware of the individuals whose

testimony he will seek, the material evidence he intends

to present and to obtain. Plaintiff is proceeding in this

manner hoping to make discovery in this case as efficient

and reasonable as possible. The present document contains

1   not demands but proposals, for discussion by the parties

2   and a determination by the Court of final issues.

3   Persons whose testimony Plaintiff intends to seek:

    A.   Attorney  Michael Biddle City's Principal Counsel

    B.   Attorney  Michael  Guina  Deputy City Attorney

    C.   Attorney  Carol Victor Deputy City Attorney

    D.   Para-legal  Dominique  B.  BURTON

    E.   Attorney  Richard "DICK" KASSIS

    F.   MAYOR  Nora  DAVIS

    G.   Ruth ATKIN  Councilmember

    H.   Ken  BUKOWSKY  Councilmember

    J.   Nancy  TEMPLETON   "Tiger"

    K.   Kenneth  JAMES  Police CHIEF

    L.   Dennis  NEALS  Police CAPTAIN

    M.   Robert Cartwright Fire CHIEF

    N.   Victor Gonzales Chief Bldg Inspector

    O. · Charles  Greer Senior Bldg Inspector

    P.   Charles  Maurer  City Business License

    Q.   Other possible individual(s)

4   Material Plaintiff intends to seek:

    A.   Documents in possession of Defendants

    B.   Electronic data in possession of Defendants

    C.   Video recordings in possession of Defendants

D.   Photographs, pictures, draftings, schematics.

E.   Material of like kind in possession of Defendant

F.   other persons Plaintiff intends to call.

5.   MOTION   TO   RECUSE   OPPOSING   COUNSEL

6.   PLAINTIFF   CARPIAUX is not certain as to how the

7. issue should be raised in a technically correct manner

8. but believes it should be raised now.

9. According to Plaintiff's understanding of what seems to

10. him to be generally accepted principles in relation to

11. Conflict-of-Interest situations, City Attorney Micheal

12. BIDDLE and Deputy City Attorney  Micheal Guina really

13. should not be involved as counsel in this case, since

14. they are named as Defendants. In conclusion, Plaintiff

15. thanks the Court for its patience in dealing with a pro

16. se litigant and declares his willingness to resume the

17. settlement negotiations

18. Dated June 30.-07 Signature _Andre' Carpiaux_

19.                                   _Andre' Carpiaux_
          Plaintiff pro se              Andre'  CARPIAUX