IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EMERYVILLE, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-3493 CW<br><br>ORDER DENYING<br>PLAINTIFF'S<br>MOTION TO RECUSE<br>OPPOSING COUNSEL |

    Plaintiff moves to recuse opposing counsel on the ground that City Attorney Michael Biddle and Deputy City Attorney Michael Guina should not represent Defendants because they are named as Defendants.  The docket indicates that Defendants are represented by outside counsel, Joshua Bryan and Dale Allen, Jr. from the law firm of Low, Ball & Lynch.  Therefore, Plaintiff's motion for recusal is DENIED.

    IT IS SO ORDERED.

Dated: 7/30/07

                                    CLAUDIA WILKEN
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE CARPIAUX,

        Plaintiff,

v.

CITY OF EMERYVILLE et al,

        Defendant.

Case Number: CV06-03493 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Carpiaux
1264 Ocean Avenue
Emeryville, CA 94608

Dale L. Allen
Joshua Mark Bryan
Low, Ball & Lynch
505 Montgomery Street, 7th Flr
San Francisco, CA 94111

Dated: July 30, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2