1 Andre' CARPIAUX in pro per
2 1264 Ocean Av.
3 Emeryvillle Ca. 94608
4 Tel. 510  292 9807
5

FILED

2007 SEP 28  PM 2:23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8   Andre' CARPIAUX                    UNITED STATES DISTRICT COURT

9   Vs                                 NORTHERN DISTRICT, CALIFORNIA

10  NORA DAVIS, RUTH ATKIN,             OAKALND, CALIFORNIA
                                        06-3493
11  KENNETH BUKOWSKY                    CASE # C 0349-639 C.W.

12  RICHARD "DICK" KASSIS               MOTION to QUASH

13     DEFENDANTS                       DEPOSITION

14

15  1.   DEFENDANT'S Counsel have recently been demanding that I appear for

16  DEPOSITION.

17  2.   While I understand that Defendant have a right to interview me in person at

18  some point, I find this not an appropriate time, and an attempted misuse of the

19  discovery process.

20  3.   Defendant's Counsel have been pretending that there is some urgency about

21  the matter they allude to a dispositive motion. This motion is in fact their own

22  motion for a Summary Judgment, for which they are not entitled to demand

23  assistance from me.

4. This is especially true in that the motion contemplates issues which have nothing to do with testimony, oral or written, but instead to do with technical issues. Defendant merely seek to create the appearance of derogatory or ambiguous material concerning me, which they hope to crowd into the pleadings.

5. If this were not the case, why has Defendant's Counsel refused to provide me with written interrogatories ? What is it that they hope to conceal " until the last moment " ?

6. I have given Defendant's counsel to understand that in no sense do I refuse to appear for testimony, and that I do not do so now. But do not find their assertions convincing that this is all just ordinary practice and etc, etc, etc.

7. It is also the fact that there is an election shortly in Emeryville, and people who will probably not be in office in three months hence are egging Defendant's counsel on to last-ditch mud-throwing before themselves are out of office and unable to affect the proceedings.

8. Correspondence from Defendant's counsel tries to portray me unresponsive and my writing as unintelligible. I dispute this and have made present filling in consequence.

9. Defendant's counsel has ignored and failed to recognize issues brought to his / her attention, issues that are extremely important to Plaintiff. These issues cannot be side tracked and or bifurcated by interrogatories materials.

10. For the foregoing reasons and others, Plaintiff moves to put off all

1 depositions until the current motion for Summary Judgment has been decided

2 by the Court.

3 11. Plaintiff makes this filing in such form as he sees appropriate

4 realizes it may not be an exact technical fit with conventional legal practice.

5 therefore, he offers to amend this pleading voluntarily as shall seem to the

6 Court to accord with justice, regulation, and good sense.

7 Dated Sept 28-07......Signature. Andre' Carpiaux

8.                                       Andre' CARPIAUX

9.                                       PLAINTIFF in pro per