**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE CARPIAUX, | No. C 06-3493 CW |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO QUASH DEFENDANTS' NOTICE OF DEPOSITION |
| CITY OF EMERYVILLE, et al., | |
| Defendants. | |

Pro se Plaintiff Andre Carpiaux moves for an order quashing Defendants' notice of his deposition.  Contrary to Plaintiff's belief, Defendants are entitled to depose him in advance of their motion for summary judgment.  Plaintiff has provided no indication that the deposition is being used for an improper purpose or is not in accordance with the Federal Rules.  Accordingly, Plaintiff's motion is DENIED.  Plaintiff shall appear and testify at his deposition in accordance with the notice served on him.

IT IS SO ORDERED.

Dated: 10/2/07

_____
CLAUDIA WILKEN
United States District Judge

<b>United States District Court</b><br/>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE CARPIAUX,

    Plaintiff,

  v.

CITY OF EMERYVILLE et al,

    Defendant.

Case Number: CV06-03493 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Carpiaux
1264 Ocean Avenue
Emeryville, CA 94608

Dale L. Allen
Dirk Donald Larsen
Joshua Mark Bryan
Low, Ball & Lynch
505 Montgomery Street, 7th Flr
San Francisco, CA 94111

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2