Andre Carpiaux
1264 Ocean Ave.
Emeryville CA 94608

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE CARPIAUX, | ) | no. C 06-03493 CW |
| Plaintiff | ) | |
| vs. | ) | NOTICE OF INTENT TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| CITY OF EMERYVILLE ET AL | ) | |
| Defendants | ) | |

In response to Defendant's latest filing, Plaintiff herewith declares his intention to submit a brief in opposition to Defendant's Motion for Summary Judgment.

Plaintiff anticipates this Opposition will be filed with Court and Defendant's counsel by November 26, 2007.

Dated: November 20 2007

November 21-007   /s/ Andre Carpiaux
Andre Carpiaux
Plaintiff in pro per

## PROOF OF SERVICE

The undersigned declares:

I am over the age of 18 years and not a party to this action.

On the date(s) herein noted I served the following document(s):

Notice of Intent to Oppose Motion for Summary Judgement

*To the person(s) and/or entities below-listed:*

Law Offices of
Low, Ball, & Lynch
SF    ATTN: DIRK LARSEN

*and as herein described, by*

✗ First Class Mail

___ Personal Delivery

___ By Facsimile Transmission (No Error was Reported in Transmission)

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed in Oakland, California.

Dated: 21 Nov 07

/s/ [signature]