IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE CARPIAUX,

        Plaintiff,

   v.

CITY OF EMERYVILLE; EMERYVILLE POLICE DEPARTMENT; KEN JAMES, Chief of Police of the Emeryville Police Department; NEAL, Captain of the Emeryville Police Department; MICHAEL GUINA, City Attorney; NANCY TEMPLETON,

        Defendants.

                                         /

No. C 06-03493 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Andre Carpiaux take nothing, that the action be dismissed on the merits against all Defendants, and that each party bear its own costs of action.

    Dated at Oakland, California, this 13th day of December, 2007.

                                          RICHARD W. WIEKING
                                          Clerk of Court

                               By: _____
                                          SHEILAH CAHILL
                                          Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE CARPIAUX,

        Plaintiff,

  v.

CITY OF EMERYVILLE et al,

        Defendant.

Case Number: CV06-03493 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Carpiaux
1264 Ocean Avenue
Emeryville, CA 94608

Dale L. Allen
Dirk Donald Larsen
Joshua Mark Bryan
Low, Ball & Lynch
505 Montgomery Street, 7th Flr
San Francisco, CA 94111

Dated: December 13, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk